UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.B., | CASE NO. C20-0389JLR |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW |
| v. | |
| SEATTLE SCHOOL DISTRICT, | |
| Defendant. | |

This matter comes before the court upon a motion for withdrawal of counsel filed by Plaintiff A.B.'s attorney Jinju Park, Esq.  (Mot. (Dkt. # 16).)  For the reasons stated herein, the motion is GRANTED.

This case was filed March 11, 2020.  (Compl. (Dkt. # 1).)  Defendant Seattle School District filed an answer on March 24, 2020.  (Ans. (Dkt. # 9).  On July 9, 2020, the court set a jury trial for January 3, 2022.  (Sched. Order (Dkt. # 13).)

In his declaration dated December 18, 2020 Attorney Park states he accepted a job offer October 8, 2020, which required him to withdraw from representation of the

Plaintiff.  (Park Decl. (Dkt. # 16-1) ¶ 2.)  Despite eight communications from Attorney Park, Plaintiff has not found a new counsel.  (*Id*. ¶¶ 3-4.)  Finally, on December 18, 2020, Attorney Park filed his motion to withdraw.  (Mot.)  Plaintiff A.B. states she does not have a new counsel and Attorney Park has not attempted to find substitute counsel. (Resp. (Dkt. # 17) at 1.)

The time that has elapsed since October 8, 2020 is sufficient for Plaintiff to find new counsel or make arrangements to proceed *pro se*.  Attorney Park's motion to withdraw (Dkt. # 16) is GRANTED.  The Clerk is DIRECTED to substitute Amy Bouldin, *pro se*, 16905 124th Avenue Ct. E., Puyallup, WA 98374 as Plaintiff's counsel.

Dated this 14th day of January, 2021.

The Honorable James L. Robart
U.S  District Court Judge